DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIXON JUSTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2888

[November 13, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 11-000726CF10A.

Mixon Juste, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Sherwood v. State*, 745 So.2d 378 (Fla.4th DCA 1999).

WARNER, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***